# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **NATALIE WOODS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-00148-CLM |
| **PNC BANK NATIONAL ASSOCIATION,** | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before November 21, 2021** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the court does not hear from the parties by **November 21, 2021**, this dismissal will convert into a **dismissal with prejudice**. All pending deadlines and settings in this case, including the status conference scheduled today at 2:30 PM, are cancelled.

**DONE and ORDERED** this 21st day of September, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE